# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov 

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport 06604 | ( 203 ) 579-6527 | November 12, 2019 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: C   Minor: 20 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Allan M. Cane, Esq., 325 Reef Road, Suite 212, Fairfield, Connecticut 06824 | 008205 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 ) 255-2616 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): CaneOffice@optonline.net

Number of Plaintiffs: One (1)   Number of Defendants: Two (2)   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Collins, David W.  Address: 49 Earle Street, Milford, CT 06460 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Aetna Life Insurance Company of P.O. Box 14549, Lexington, KY 40512-4549, having an Agent for Service  Address: C T Corporation System of 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| Additional Defendant | Name: Prudential Insurance Company of America of P.O. Box 3676, Philadelphia, PA 19176 c/o Prudential Insurance  Address: Agency, LLC., having an Agent for Service C T Corporation System of 67 Burnside Ave., East Hartford, CT | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Allan M. Cane, Esq. | Date signed 10/16/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
SETH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| **RETURN DATE: 11/12/2019** | : | **SUPERIOR COURT** |
| **COLLINS, DAVID W.** | : | **J.D. OF FAIRFIELD** |
| v. | : | **AT BRIDGEPORT** |
| **AETNA LIFE INSURANCE COMPANY and PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | **OCTOBER 14, 2019** |

## COMPLAINT

1. That the Defendant, Aetna Life Insurance Company, has been, at all times hereinafter mentioned, a corporation duly licensed to transact insurance business in the State of Connecticut and to issue the insurance policy hereinafter referred to.

2. That the Defendant, Prudential Insurance Company of America, has been, at all times hereinafter mentioned, a corporation duly licensed to transact insurance business in the State of Connecticut and to issue the insurance policy hereinafter referred to.

3. That on or about January 31st, 2011, in consideration of the premium specified in the policy, Defendant Prudential Insurance Company of America issued a policy insuring the life of Joseph A. Santone in the amount of **ninety-one thousand eight hundred eighty-four and 00/100 ($91,884.00) dollars** to be paid to the beneficiary named therein at the time of the insured's death. See copy of letter from Defendant Prudential Insurance Company of America to Joseph A. Santone, the insured, dated January 31st, 2011 attached hereto and made a part hereof and called "Plaintiff's Exhibit A."

4. That the insured passed away on October 4th, 2018 which death was under circumstances as to come within the terms of the policy and that the policy was in full

1

force and effect at the time of his death. See copy of Certificate of Death attached hereto and made a part hereof and called "Plaintiff's Exhibit B."

5. That at the time of the insured's death, the Plaintiff, David W. Collins, was the beneficiary named in the policy and that the employer of the insured, XPO Logistics, Inc., indicated to the insured-employee, Joseph A. Santone, on June 26th, 2017, that Defendant Prudential Insurance Company of America was to transfer the beneficiary information to Defendant Aetna Life Insurance Company and that there was nothing remaining for the insured-employee to do to ensure that the Plaintiff was the named beneficiary. See copy of letter from XPO Logistics, Inc. to insured-employee, Joseph A. Santone, dated June 26th, 2017 attached hereto and made a part hereof and called "Plaintiff's Exhibit C."

6. That in truth and in fact, either Defendant Prudential Insurance Company of America failed to transfer or change the beneficiary to the Plaintiff or Defendant Aetna Life Insurance Company failed to transfer or change the beneficiary to the Plaintiff or did not indicate the Plaintiff to be the beneficiary.

7. That consequently, since Defendant Aetna Life Insurance Company claimed that there was no beneficiary named, it threatened to escheat the life insurance policy benefit to the State of Connecticut. See copy of letter from Defendant Aetna Life Insurance Company to Plaintiff David W. Collins dated April 2nd, 2019 attached hereto and made a part hereof and called "Plaintiff's Exhibit D."

8. That as a result of said letter, the Plaintiff opened up the Estate of Joseph A. Santone so that at least the proceeds of the life insurance policy would be paid to the Estate.

9. That due proof of the insured-employee's death has been duly submitted to both Defendants in accordance with the terms of the life insurance policy.

10. That the proceeds of the insured-employee's life insurance policy have not been paid to the Plaintiff.

**WHEREFORE**, the Plaintiff claims:

1) Monetary damages; and

2) Such other and further relief as to this Court may deem just, proper and equitable in the premises.

Respectfully submitted,

**THE PLAINTIFF**
**DAVID W. COLLINS**

By: _____
Allan M. Cane, Esq.
Juris #008205
325 Reef Road, Suite 212
Fairfield, CT 06824
Telephone: 203.255.2616
Facsimile: 203.255.6343
E-Mail: CaneOffice@optonline.net

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

May 31 19, 11:17a     Fidelity Real Estate                    000-000-0000              p.3

PLAINTIFF'S EXHIBIT A

 Prudential

The Prudential Insurance Company of America
Record Keeping Services
PO Box 3876
Philadelphia, PA 19176
(877) 214-6584

JOSEPH A SANTONE
110 LINES PLACE
STRATFORD, CT 06615

Group Contract Holder: Con-way Inc.
Group Contract Number: 46581
Member ID: 04465076

January 31, 2011

Dear Joseph A Santone:

This letter serves to confirm that we have received your recent beneficiary designation(s).

Please be advised that your beneficiary(s) has been recorded as follows:

| COVERAGE | TYPE | NAME | PERCENTAGE |
|---|---|---|---|
| All | Primary | David Collins | 100.00% |

We appreciate the opportunity to serve you. If you have any questions or would like more information, please contact our Customer Service Office at (877) 214-6584. We are available Monday through Friday between 8:00 a.m. to 8:00 p.m. EST. If you are using a telecommunications device for the hearing impaired (TDD), please call (800) 496-1214, Monday through Friday between 8:00 a.m. to 8:00 p.m. EST. One of our Customer Service Professionals will be glad to help you.

Thank you for choosing us for your insurance needs.

Sincerely,

Your Customer Service Professional
Record Keeping Services
The Prudential Insurance Company of America

Oct 24 18, 12:40p     Fidelity Real Estate                                        000-000-0000          p.6

PLAINTIFF'S EXHIBIT B

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC HEALTH**
**CERTIFICATE OF DEATH**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**

- Decedent's Legal Name: Joseph Anthony Santone
- Sex: Male
- Actual or Presumed Date of Death: October 4, 2018
- Actual or Presumed Time of Death: 5:08 PM
- Age: 64
- Date of Birth: October 19, 1953
- Birthplace: Bridgeport, Connecticut
- Residence State: Connecticut
- Residence County: Fairfield
- Residence City or Town: Stratford
- Residence Street: 110 Lines Place
- Zip Code: 06615
- Ever in US Armed Forces?: No
- Marital Status: Never Married
- Surviving Spouse: N/A
- Father's Name: Anthony Santone
- Mother's Name Prior to First Marriage: Antoinette Carozza
- Informant's Name: Joanne Stewart
- Informant's Relationship to Decedent: cousin
- Mailing Address: 250 Straitsville Rd, Prospect, CT 06712
- Facility Name: 110 Lines Place
- City or Town of Death: Stratford  06615
- County of Death: Fairfield
- Method of Disposition: Burial
- Disposition: Union Cemetery
- Location: Stratford, CT
- Date: 10/20/2018
- Was Body Embalmed: Yes — William Mortimer
- Funeral Facility: William R. McDonald Funeral Home, 2591 Main St, Stratford, CT 06615
- License Number: 2380
- M.E. Case Number: 18-17142
- Date Pronounced Dead: 10/04/2018
- Time Pronounced Dead: 5:08 PM
- Was an Autopsy Performed: Yes

CAUSE OF DEATH:
Part I. Immediate Cause: a) Atherosclerotic and Hypertensive Cardiovascular Disease

Part II. Other Significant Conditions: Chronic Bronchitis

- Manner of Death: Natural
- Certifier Name: Maura E. DeJoseph, D.O.
- Title of Certifier: Deputy Chief Medical Examiner
- Date Certified: Oct 5, 2018
- Mailing Address of Certifier: Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT 06032-1939

This certificate was received for record on: OCT 0 9 2018

- Registrar: Debrah Brunson, Asst.
- Decedent's Usual Occupation: Driver
- Kind of Business/Industry: Trucking Industry
- Social Security Number: 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

---

I certify this is a true copy of the certificate received for record

Attest: _Debrah Brunson_, Asst. Registrar, Town of Stratford, CT

Date: OCT 0 9 2018

PLAINTIFF'S EXHIBIT C

# XPOLogistics

June 26, 2017

Dear Fellow XPO Employee,

**RE: New Life Insurance Provider – Effective July 1**

Effective July 1, the basic and optional supplemental (if applicable) life coverage you are enrolled in through Prudential will transfer to Aetna, aligning all XPO employees uniformly with a single carrier. Benefit Harbor will be the third-party administrator for Aetna. Details on how to contact them and access your account information is detailed below.

This is good news as there are two new benefits included as part of your Aetna coverage – Aetna Travel Assistance Program and Everest Funeral Planning and Concierge Service. More information coming.

Prudential will transfer the beneficiary information they have on file to Aetna, so there is nothing that you are required to do. However, there are two things that you may want to do.
1. Review your July paycheck (received 7/14 - 7/20/17) and compare it to your last June check to make sure the plan and level of coverage transferred correctly. You should continue to see a deduction for each of the plans you are enrolled in. Your rates may be a few cents lower or higher depending on your age bracket. However, the rates for child life are slightly higher than before.
2. Log into the Aetna's Benefit Harbor website beginning 7/14/17 and ensure your coverage and beneficiary is correct.

**Benefit Harbor:**
You may contact them at (877) 900-7094 or online at www.memberbenefitlogin.com/xpo.

The first time you log into the site, please follow the instructions below:
- User ID: Aetna + Social Security Number + 691. Example: *Aetna123456789691*
- Password: The first time you log in, it is the first initial of your first name, last name and four-digit birth year. *Example: John Smith, 1960 = jsmith1960*

When you contact Benefit Harbor, you can:
- Review coverage
- Increase/add coverage with Evidence of Insurability (EOI)
- Review or change your beneficiary
- File a claim
- Request conversion and portability information if you leave the company. *This must be completed within 31 days of leaving the company.*

Please contact the XPO Benefits Office at (800) 363-2434, option 7 if you have any questions.

Sincerely,

*Sara Hart*
Sara C. Hart
Senior Director, Benefits

The company reserves the right to revise or delete this program, the plans or any benefits described here. If there is any discrepancy between the information included here and the official plan documents or contracts, the official document or contracts will decide plan provisions and how benefits are paid. The program, plans, and benefit provision do not create a contract of employment, expressed or implied. Notwithstanding any provision in this brochure, employment is at-will employment, unless a written agreement states otherwise.

PLAINTIFF'S EXHIBIT D

# aetna®

Aetna Life Insurance Service Center
P.O. Box 14549
Lexington, KY 40512-4549
Telephone Number: 1-800-523-5065
Fax Number: 1-800-238-6239

April 2, 2019

David Collins
2357 Main Street
Stratford, CT 06615

RE: Employee:      Joseph Santone
    --Plan Sponsor:    XPO Logistics-----   ........
    Control Number:  0285600

Dear Mr. Collins:

This letter is to inform you that since we have not received a response from you after many phone calls and correspondence with regards to the life insurance claim which was received on October 19, 2018, we have no other option but to escheat the life insurance benefit to the state.

We would like to distribute the benefits of this policy. However, since we have not received a response to our requests regarding Joseph Santone's surviving next of kin at the time of his death, we will be escheating the life insurance benefit to the state.

If we do not receive the requested information (a completed sole survivor affidavit) within 30 days of the date of this letter, the life insurance benefit will be sent to our Unclaimed Property Department and be escheated to the state according to state laws.

In order to avoid delays when responding to this letter, please include the name and Social Security Number for the insured or deceased in any correspondence. Thank you for your assistance.

If you have any questions regarding your claim, please contact our customer care center at 1-800-523-5065.

*Illinois Residents-Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767. (Eff. 7/2/2014)

Sincerely,

*Jillian Bower*

Jillian Bower, Life Care Advocate
Aetna Life Insurance Company

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

| | | |
|---|---|---|
| **RETURN DATE: 11/12/2019** | : | **SUPERIOR COURT** |
| **COLLINS, DAVID W.** | : | **J.D. OF FAIRFIELD** |
| **V.** | : | **AT BRIDGEPORT** |
| **AETNA LIFE INSURANCE COMPANY and PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | **OCTOBER 14, 2019** |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff's amount in demand, exclusive of interest and costs, is in excess of

**FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS.**

Respectfully submitted,

THE PLAINTIFF
DAVID W. COLLINS

By: _____
Allan M. Cane, Esq.
Juris #008205
325 Reef Road, Suite 212
Fairfield, CT 06824
Telephone: 203.255.2616
Facsimile: 203.255.6343
E-Mail: CaneOffice@optonline.net

1